UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

El-Refaei,

                              Plaintiff,

             - *against* -

Fifty Door Partners LLC

                              Defendant,

**ORDER**

7:17-cv-09081-PED

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action

are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued,  without

costs to any party.

Dated: February 25, 2021
            White Plains, New York

SO ORDERED:

_____
PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 25, 2021**